IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | |
| Plaintiff, | Civil Action No. 04-1414 SLR |
| v. | JURY TRIAL DEMANDED |
| HARDCORE COMPOSITES OPERATIONS, LLC and W. SCOTT HEMPHILL, | |
| Defendants. | |

## NOTICE OF SERVICE

I, GEORGE H. SEITZ, III, Esquire, hereby certify that on this 24th day of May, 2005, I caused copies of this *Notice of Service* along with the *Plaintiff Lancaster Composite, Inc.'s First Request for Production of Documents and Things to Defendant W. Scott Hemphill* to be served as follows:

**Via U.S. Mail**

Mr. W. Scott Hemphill
517 Riblett Lane
Wilmington, DE  19808

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *George H. Seitz, III*

GEORGE H. SEITZ, III (#667)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19801
(302) 888-0600
(302) 888-0606 - facsimile

Attorneys for Plaintiff

Dated:  May 24, 2005

48295 v1