IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1414-SLR |
| HARDCORE COMPOSITES OPERATIONS, LLC and W. SCOTT HEMPHILL, | : |
| Defendants. | : |

**ORDER**

At Wilmington this **9th** day of **June, 2005,**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, August 3, 2005 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE