**SEITZ, VAN OGTROP & GREEN, P.A.**
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7602
Writer's E-Mail Address: gseitz@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

June 29, 2005

**_VIA CM/ECF & HAND DELIVERY_**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

    Re: *Lancaster Composite v. Hardcore Composite and Scott Hemphill*
          *Civil Action No. 04-1414 (SLR)*

Dear Judge Robinson:

    This letter will follow up Monday's discovery conference. Mr. Hemphill filed no discovery responses on June 27. To date, Mr. Hemphill has responded neither to the Rule 26 Disclosures nor our outstanding Interrogatories and Request for Admission. In light of this, we believe it would be appropriate to enter a Rule to Show Cause why Default Judgment should not be entered if meaningful discovery responses are not filed within ten days.

                        Respectfully submitted,

                        /s/ *George H. Seitz, III*
                        George H. Seitz, III (DE ID No. 667)
                        gseitz@svglaw.com

GHS/drc

cc:    Clerk of Court (Via CM/ECF & Hand Delivery)
       George C. Werner, Jr., Esquire (Via E-Mail & First Class Mail)
       Salvatore Anastasi, Esquire (Via E-Mail & First Class Mail)
       Mr. W. Scott Hemphill (Via E-Mail & First Class Mail)

48911 v1