IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1414-SLR ) |
| W. SCOTT HEMPHILL, | ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 18th day of July, 2005, defendant having failed to respond to any discovery requests propounded by the plaintiff in the above-captioned case;

IT IS ORDERED that, on or before **August 18, 2005**, defendant shall respond to all outstanding discovery requests or shall show cause why judgment should not be entered against him in the above-captioned action for failure to defend. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN JUDGMENT BEING ENTERED AGAINST DEFENDANT.

_____
United States District Judge