W.SCOTT HEMPHILL
517 Riblett Lane
Wilmington, DE 19808

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | ) Case No.: No. 04-1414 |
| | ) |
| Plaintiff, | ) JURY TRIAL DEMANDED |
| | ) |
| vs. | ) |
| | ) |
| HARDCORE COMPOSITES OPERATIONS, LLC, | ) |
| | ) |
| and W. SCOTT HEMPHILL, | ) |
| | ) |
| Defendant | ) |
| | ) |

### RESPONSE TO FIRST REQUEST FOR DOCUMENTS AND THINGS

Pursuant to rule 34 of the Federal Rules of Civil Procedure, Defendant, W. Scott Hemphill has produced all documents in his possession that were requested by Plaintiff, Lancaster Composite, Inc.

Dated this 18th day of August, 2005

_W. Scott Hemphill_ (signature)
W.SCOTT HEMPHILL
517 Riblett Lane
Wilmington, DE 19808

RESPONCE TO REQUEST FOR DOCUMENTS - 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | ) Case No.: No. 04-1414 SLR |
| Plaintiff, | ) JURY TRIAL DEMANDED |
| vs. | ) |
| HARDCORE COMPOSITES OPERATIONS, LLC, | ) |
| and W. SCOTT HEMPHILL, | ) |
| Defendant | ) |

NOTICE OF SERVICE

I, W. Scott Hemphill, hereby certify that on this 18th day of August, 2005, I caused copies of this *Notice of Service* along with the Defendant W. Scott Hemphill's *Answers to Plaintiffs first request for Documents* to be served as follows:

**Via U.S. Mail**
Seitz, Van Ogtrop & Green, P. A.
George H. Seitz
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19801

*(signature)*
W. SCOTT HEMPHILL
517 Riblett Lane
Wilmington, DE 19808
Defendant