# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-1414-SLR |
| : | |
| HARDCORE COMPOSITES : | |
| OPERATIONS, LLC and W. SCOTT : | |
| HEMPHILL, : | |
| : | |
| Defendants. : | |

## **ORDER**

At Wilmington this **8th** day of **September, 2005,**

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, September 20, 2005 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **George H. Seitz, III, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE