W. SCOTT HEMPHILL  
517 Riblett Lane  
Wilmington, DE 19808

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | ) Case No.: No. 04-1414 SLR |
| Plaintiff, | ) AFFIDAVIT OF COMPLIANCE |
| vs. | ) |
| HARDCORE COMPOSITES OPERATIONS, LLC, | ) |
| and W. SCOTT HEMPHILL, | ) |
| Defendant | ) |

FILED  
2005 SEP -9 AM 11:38  
CLERK U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

### AFFIDAVIT OF COMPLIANCE TO DISCOVERY REQUESTS

I, W. Scott Hemphill, Defendant do hereby swear and affirm that I have provided all documents and information requested by the Plaintiff in their *First Request for Production of Documents and Things* that I have in my possession or have been able to obtain through reasonable and ordinary means.

Dated this 9th day of September, 2005

*[signature]*

W. SCOTT HEMPHILL  
517 Riblett Lane  
Wilmington, DE 19808

AFFIDAVIT OF COMPLIANCE- 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., ) | Case No.: No. 04-1414 SLR |
| ) | |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| ) | |
| vs. ) | |
| ) | |
| HARDCORE COMPOSITES OPERATIONS, LLC, ) | |
| ) | |
| and W. SCOTT HEMPHILL, ) | |
| ) | |
| Defendant ) | |

NOTICE OF SERVICE

I, W. Scott Hemphill, hereby certify that on this 9th day of September, 2005, I caused copies of this *Notice of Service* along with the Defendant W. Scott Hemphill's *Affidavit of Compliance to Discovery Requests* to be served as follows:

**Via U.S. Mail**
Seitz, Van Ogtrop & Green, P. A.
George H. Seitz
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19801

_____
W. SCOTT HEMPHILL
517 Riblett Lane
Wilmington, DE 19808
Defendant