IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1414-SLR |
| ) | |
| W. SCOTT HEMPHILL, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 16th day of September, 2005, defendant W. Scott Hemphill having failed to participate in the telephone conference scheduled by the court at the September 1, 2005 in-person discovery conference; and the court having conferred with counsel for plaintiff;

IT IS ORDERED that:

1. On or before **October 1, 2005**, or at a mutually agreed upon date thereafter, defendant shall make himself available for deposition by plaintiff.

2. On or before **October 1, 2005**, defendant shall produce to plaintiff all known information responsive to plaintiff's discovery requests, including contact information for the witnesses he has identified. **NOTE: Absent good cause shown, defendant shall be precluded from using at trial any such**

materials or witnesses if he fails to timely comply with this order.[1]

                                                  */s/ Sue L. Robinson*
                                      United States District Judge

---

[1] It goes without saying that plaintiff shall be given the opportunity to depose, prior to trial, any witnesses the court would permit defendant to call.