## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1414-SLR |
| HARDCORE COMPOSITES OPERATIONS, LLC and W. SCOTT HEMPHILL, | : |
| Defendants. | : |

## ORDER

At Wilmington this **20th** day of **September, 2005,**

IT IS ORDERED that the mediation scheduled for Tuesday, October 4, 2005 at 10:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Tuesday, November 29, 2005 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **George H. Seitz, III, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE