IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | |
| Plaintiff, | Civil Action No. 04-1414 SLR |
| v. | JURY TRIAL DEMANDED |
| HARDCORE COMPOSITES OPERATIONS, LLC and W. SCOTT HEMPHILL, | |
| Defendants. | |

### NOTICE OF SERVICE

I, KEVIN A. GUERKE, Esquire, hereby certify that on the 19th day of September, 2005, a copy of *Plaintiff Lancaster Composite, Inc.'s Objections and Responses to Defendant W. Scott Hemphill's First Request for Production of Documents and Things* was served as follows:

**Via E-mail and First Class Mail**

Mr. W. Scott Hemphill
517 Riblett Lane
Wilmington, DE  19808

                    SEITZ, VAN OGTROP & GREEN, P.A.

                    /s/ *Kevin A. Guerke*
                    _____
                    KEVIN A GUERKE (No. 4096)
                    222 Delaware Avenue, Suite 1500
                    P.O. Box 68
                    Wilmington, DE  19801
                    (302) 888-0600
                    (302) 888-0606 - facsimile

                    Attorneys for Plaintiff

Dated: September 20, 2005

50120 v1

## CERTIFICATE OF SERVICE

I, Kevin A. Guerke, Esquire, hereby certify that on September 20, 2005, I caused a copy of the foregoing *Notice of Service* to be served via U.S. First Class Mail upon the following:

W. Scott Hemphill
517 Riblett Lane
Wilmington, DE  19808

By: /s/ Kevin A. Guerke
Kevin A. Guerke, Esquire (#4096)

50121 v1