W.SCOTT HEMPHILL
517 Riblett Lane
Wilmington, DE 19808

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE,INC., ) | Case No.: No. 04-1414 SLR |
| ) | |
| Plaintiff, ) | REVISED CONTACT INFORMATION |
| ) | |
| vs. ) | |
| ) | |
| HARDCORE COMPOSITES OPERATIONS, LLC , ) | |
| ) | |
| and W. SCOTT HEMPHILL, ) | |
| ) | |
| Defendant ) | |
| ) | |

### REVISED CONTACT INFORMATION

I, W. Scott Hemphill, Defendant submit the following as the contact information for my witnesses. This represents a full effort to find the information in the time allotted in the Order from Judge Robinson. I Represent that I will continue to use all my available resources to find the missing contact information and pass it along as soon as it becomes available.

Steve Shannon      P.O. Box 508, Lititz, PA 17543   (717) 625-3740

AFFIDAVIT OF COMPLIANCE- 1

| | |
|---|---|
| Joel Barron | Died in March 2005. Estate has been contacted for any pertinent records. |
| Jeff Pote | Sea Ray Boats, 200 Sea Ray Drive, Merritt Island, FL 32953 (321) 452-9876 |
| Grant Corboy | Lockhead Martin, 801 Rockledge Drive, Bethesda, MD 20817 (301) 897-6000 |
| George Greene | 35 Salem Church Road, Unit 80, Newark, DE 19713 (302) 292-3500 |
| David Harris | Anholt Technologies, 440 Church Road, Avondale, PA 19311 (610) 268-2758 |
| Dr. James Argires | 1671 Crooked Oak Dr., Lancaster, PA 17601 |
| Robert Pianka | 195 Eshelman Rd., Lancaster, PA 17601 |
| Carol Egan | 120 Red Fox Rd., Lancaster, PA 17603 (717) 871-9828 |

Dated this 29th day of September, 2005

*/s/ W. Scott Hemphill*
W. SCOTT HEMPHILL
517 Riblett Lane
Wilmington, DE 19808

AFFIDAVIT OF COMPLIANCE- 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | ) Case No.: No. 04-1414 SLR |
| Plaintiff, | ) |
| vs. | ) |
| HARDCORE COMPOSITES OPERATIONS, LLC, | ) |
| and W. SCOTT HEMPHILL, | ) |
| Defendant | ) |

NOTICE OF SERVICE

I, W. Scott Hemphill, hereby certify that on this 30th day of September, 2005, I caused copies of this *Notice of Service* along with the Defendant W. Scott Hemphill's *Response to Order for Contact Information* to be served as follows:

**Via U.S. Mail**
Seitz, Van Ogtrop & Green, P. A.
George H. Seitz
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19801

_____
W. SCOTT HEMPHILL
517 Riblett Lane
Wilmington, DE 19808
Defendant