## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-1414-SLR |
| : | |
| HARDCORE COMPOSITES : | |
| OPERATIONS, LLC and W. SCOTT : | |
| HEMPHILL, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **29th** day of **November, 2005,**

IT IS ORDERED that a teleconference has been scheduled for **Friday, March 3, 2006 at 9:00 a.m.** to discuss the status of the case. **Plaintiff's counsel shall initiate the teleconference call.**

IT IS FURTHER ORDERED that the mediation has been tentatively rescheduled for **Tuesday, March 28, 2006 beginning at 10:00 a.m.** Submissions of the parties shall be due on or before **Friday, March 17, 2006.** All other provisions of the Court's April 20, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE