IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | |
| Plaintiff, | Civil Action No. 04-1414 SLR |
| v. | JURY TRIAL DEMANDED |
| HARDCORE COMPOSITES OPERATIONS, LLC and W. SCOTT HEMPHILL, | |
| Defendants. | |

## ORDER

Upon consideration of Plaintiff's Motion to Compel Depositions and Motion for Sanctions,

**IT IS HEREBY ORDERED** this _____ day of January 2006 that:

Plaintiff's Motion is **GRANTED**;

_____
J.

51958 v1