## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-1414-SLR |
| : | |
| HARDCORE COMPOSITES : | |
| OPERATIONS, LLC and W. SCOTT : | |
| HEMPHILL, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **8th** day of **March, 2006,**

IT IS ORDERED that, as a result of the teleconference with counsel and defendant on Friday, March 3, 2006, presently the tentative mediation remains as scheduled, however, the due date for submissions is now **Thursday, March 23, 2006, <u>if</u>** the mediation as scheduled proceeds. All other provisions of the Court's April 20, 2005 Order shall remain in full force and effect.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Monday, March 20, 2006 at 8:00 a.m.** to discuss the status of the case and its effect on the tentative mediation date. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge<br>
UNITED STATES MAGISTRATE JUDGE