IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-1414-SLR |
| : | |
| HARDCORE COMPOSITES : | |
| OPERATIONS, LLC and W. SCOTT : | |
| HEMPHILL, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **20th** day of **March, 2006,**

IT IS ORDERED that the mediation scheduled for Tuesday, March 28, 2006 at 10:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Wednesday, May 31, 2006 at 8:30 a.m.** to discuss the status of the case and its effect on any future mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE