IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., )<br>　　　　　　　　　　　　　　　 )<br>　　　　Plaintiff,　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　 ) Civ. No. 04-1414-SLR<br>　　　　　　　　　　　　　　　 )<br>HARDCORE COMPOSITES　　　　　 )<br>OPERATIONS, LLC and W. SCOTT )<br>HEMPHILL,　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　Defendants.　　　　　　 ) | |

**O R D E R**

At Wilmington this 13th day of April, 2006, the court having conducted an in-person discovery conference with the parties on March 16, 2006;

IT IS ORDERED that the scheduling order dated February 24, 2005 (D.I. 36) is amended as follows:

1. **Discovery.** All discovery shall be completed on or before **June 16, 2006.**

2. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **July 17, 2006.** Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

3. The previously scheduled pretrial conference and jury trial are hereby removed from this court's calendar. Trial will not be rescheduled until the dispositive motion(s) have been

decided and it is determined that the need for a trial still exists.

                                                                  _____
                                                                United States District Judge