IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC.,<br>Plaintiff,<br><br>v.<br><br>HARDCORE COMPOSITES<br>OPERATIONS, LLC and W. SCOTT<br>HEMPHILL,    Defendants. | Civil Action No. 04-1414 SLR<br><br>JURY TRIAL DEMANDED |

### NOTICE OF DEPOSITION

To:   W. Scott Hemphill, *pro se*

**PLEASE TAKE NOTICE** that the oral deposition of W. Scott Hemphill will be taken by Barley Snyder LLC, attorneys for Plaintiff, at the office of Seitz, Van Ogtrop & Green, PA, 222 Delaware Avenue, Suite 1500, Wilmington, DE 19899 on Wednesday, May 24, 2006 at 10:00 a.m.

Dated: 5-08-06

BARLEY SNYDER LLC

By: /s/ George C. Werner
George C. Werner, Esquire
Court ID No. 28757
Attorneys for Plaintiff
Lancaster Composite, Inc.
126 East King Street
Lancaster, PA 17602-2893
717-299-5201

– and –

/s/ Kevin A. Guerke
Kevin A. Guerke, Esquire, ID No. 4096
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
kguerke@svglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served this 8th day of May, 2005, electronically by e-mail [Hemphill63@aol.com] and by first class mail, postage prepaid, upon:

W. Scott Hemphill
517 Riblett Lane
Wilmington, DE 19808

BARLEY SNYDER LLC

By: _____
George C. Werner, Esquire
Court ID No. 28757
Attorneys for Plaintiff
Lancaster Composite, Inc.
126 East King Street
Lancaster, PA 17602-2893
717-299-5201