IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., <br> Plaintiff, <br><br> v. <br><br> HARDCORE COMPOSITES <br> OPERATIONS, LLC and W. SCOTT <br> HEMPHILL,   Defendants. | Civil Action No. 04-1414 SLR <br><br> JURY TRIAL DEMANDED |

### REVISED NOTICE OF DEPOSITION

To:   W. Scott Hemphill, *pro se*

**PLEASE TAKE NOTICE** that the oral deposition of W. Scott Hemphill will be taken by Barley Snyder LLC, attorneys for Plaintiff, at the office of Seitz, Van Ogtrop & Green, PA, 222 Delaware Avenue, Suite 1500, Wilmington, DE 19899 on Tuesday, June 6, 2006 at 10:00 a.m.

Dated: 5-15-06

BARLEY SNYDER LLC

By: _____
George C. Werner, Esquire
Court ID No. 28757
Attorneys for Plaintiff
Lancaster Composite, Inc.
126 East King Street
Lancaster, PA 17602-2893
717-299-5201

– and –

_____
Kevin A. Guerke, Esquire , DE No. 4096
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served this 15th day of May, 2005, electronically by e-mail [Hemphill63@aol.com] and by first class mail, postage prepaid, upon:

W. Scott Hemphill
517 Riblett Lane
Wilmington, DE 19808

BARLEY SNYDER LLC

By: _____
George C. Werner, Esquire
Court ID No. 28757
Attorneys for Plaintiff
Lancaster Composite, Inc.
126 East King Street
Lancaster, PA 17602-2893
717-299-5201