IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC.,<br>　　　　Plaintiff,<br><br>v.<br><br>HARDCORE COMPOSITES<br>OPERATIONS, LLC and W. SCOTT<br>HEMPHILL,　　　Defendants. | Civil Action No. 04-1414 SLR<br><br>JURY TRIAL DEMANDED |

### REVISED NOTICE OF DEPOSITION

To:　W. Scott Hemphill, *pro se*

**PLEASE TAKE NOTICE** that the oral deposition of Steve Shannon will be taken by Barley Snyder LLC, attorneys for Plaintiff, at the office of Seitz, Van Ogtrop & Green, PA, 222 Delaware Avenue, Suite 1500, Wilmington, DE 19899 on Wednesday, June 7, 2006 at 10:00 a.m.

Dated: 5-15-06

BARLEY SNYDER LLC

By: _____
George C. Werner, Esquire
Court ID No. 28757
Attorneys for Plaintiff
Lancaster Composite, Inc.
126 East King Street
Lancaster, PA 17602-2893
717-299-5201

– and –

_____
Kevin A. Guerke, Esquire, DE No. 4096
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served this ____15th____ day of ____May____, 2005, electronically by e-mail [Hemphill63@aol.com] and by first class mail, postage prepaid, upon:

> W. Scott Hemphill
> 517 Riblett Lane
> Wilmington, DE 19808

> BARLEY SNYDER LLC
>
> By: _____
> George C. Werner, Esquire
> Court ID No. 28757
> Attorneys for Plaintiff
> Lancaster Composite, Inc.
> 126 East King Street
> Lancaster, PA 17602-2893
> 717-299-5201