IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1414-SLR |
| | : |
| HARDCORE COMPOSITES OPERATIONS, LLC and W. SCOTT HEMPHILL, | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington this **31st** day of **May, 2006,**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, June 29, 2006 at 8:30 a.m.** to discuss the status of the case and its effect on any future mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE