## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-1414-SLR |
| : | |
| HARDCORE COMPOSITES : | |
| OPERATIONS, LLC and W. SCOTT : | |
| HEMPHILL, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **29th** day of **June, 2006,**

IT IS ORDERED that as a result of the teleconference held on June 29, 2006, a mediation has been scheduled in this case. It will be either **Tuesday, August 29 or Wednesday, August 30, 2006** either at **10:00 a.m. or beginning at 4:00 p.m.** The due date for the mediation statements is **Friday, August 18, 2006.** Counsel and the parties are to keep both dates available. The Court will advise by August 18, 2006 which date and time for the mediation. Attached is a courtesy copy of the Court's standard mediation order.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE