IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., <br>     Plaintiff, <br><br> v. <br><br> HARDCORE COMPOSITES OPERATIONS, LLC <br> and W. SCOTT HEMPHILL, <br>     Defendants. | Civil Action No. 04-1414 SLR |

**PLAINTIFF LANCASTER COMPOSITE, INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON
PATENT INFRINGEMENT AGAINST W. SCOTT HEMPHILL**

**AND NOW,** comes the Plaintiff, Lancaster Composite, Inc. ("Lancaster Composite"), through its attorneys, Barley Snyder LLC and Seitz, Van Ogtrop & Green, P.A., and moves for an order granting partial summary judgment in favor of Plaintiff and against Defendant W. Scott Hemphill ("Hemphill"), holding that Hemphill has infringed Claims 1, 3, 7, 10 and 11 of United States Patent No. 6,048,594.

This motion is supported by the accompanying Statement of Uncontroverted Facts, Brief in Support of the Motion for Partial Summary Judgment and Exhibits in Support of the Motion for Partial Summary Judgment.

                                                                        Respectfully submitted,

                                                                        SEITZ, VAN OGTROP & GREEN, P.A.

                                                                        /s/ *Kevin A. Guerke*

By:_____
        George H. Seitz, Esquire (DSBA 667)
        Kevin Guerke, Esquire (DSBA 4096)
        222 Delaware Avenue, Suite 1500
        P.O. Box 68
        Wilmington, DE 19899
        302-888-0600

OF COUNSEL:

BARLEY SNYDER LLC
George C. Werner, Esquire
Court ID No. 28757
Salvatore Anastasi, Esquire
Court ID No. 78314
126 East King Street
Lancaster, PA 17602-2893
717-299-5201

Attorneys for Plaintiff Lancaster Composite, Inc.

Dated: August 16, 2006

## CERTIFICATE OF SERVICE

I, Kevin A. Guerke, Esquire, hereby certify that on August 17, 2006, I caused a copy of the foregoing *Plaintiff Lancaster Composite, Inc.'s Motion for Partial Summary Judgment on Patent Infringement Against W. Scott Hemphill* to be served via U.S. First Class Mail upon the following:

W. Scott Hemphill
517 Riblett Lane
Wilmington, DE 19808

By: /s/ Kevin A. Guerke
      Kevin A. Guerke, Esquire (#4096)
      kguerke@svglaw.com

55467 v1