IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC.,<br>    Plaintiff,<br><br>v.<br><br>HARDCORE COMPOSITES OPERATIONS, LLC<br>and W. SCOTT HEMPHILL,<br>    Defendants. | Civil Action No. 04-1414 SLR |

**APPENDIX TO OPENING BRIEF IN SUPPORT OF MOTION OF
PLAINTIFF LANCASTER COMPOSITE, INC. FOR
PARTIAL SUMMARY JUDGMENT ON PATENT INFRINGEMENT**

SEITZ, VAN OGTROP & GREEN, P.A.
Kevin Guerke, Esquire (DSBA 4096)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
302-888-0600

OF COUNSEL:

BARLEY SNYDER LLC
George C. Werner, Esquire
Court ID No. 28757
Salvatore Anastasi, Esquire
Court ID No. 78314
126 East King Street
Lancaster, PA 17602-2893
717-299-5201

Attorneys for Plaintiff Lancaster Composite, Inc.

## **TABLE OF CONTENTS**

|  | Exhibit No. |
|---|---|
| U.S. Patent No. 6,048,594 | A |
| Transcript of Deposition of Defendant W. Scott Hemphill taken in related bankruptcy action captioned *In Re: Hardcore Composites Operations, LLC,* United States Bankruptcy Court for the District of Delaware, Case No. 04-11862, including exhibits identified during that deposition ("Hemphill Transcript B") | B |
| Transcript of Deposition of Defendant W. Scott Hemphill taken in this matter, including Exhibits identified during the deposition ("Hemphill Transcript C") | C |
| Claim Chart analyzing claims under U.S. Patent No. 6,048,594 and infringing Hardcore product | D |
| Affidavit of Douglas F. Seuss, P.E. | E |
| Affidavit of Robert H. Greene | F |

                                SEITZ, VAN OGTROP & GREEN, P.A.

                            /s/ *Kevin A. Guerke*

BY: _____
                  GEORGE H. SEITZ, III (No. 667)
                  KEVIN A. GUERKE (No. 4096)
                  222 Delaware Avenue, Suite 1500
                  Wilmington, DE  19899
                  (302) 888-0600
                  Attorneys for Plaintiff
                     Lancaster Composite, Inc.

<u>Co-Counsel</u>
George C. Werner, Esquire
Court ID No. 28757
BARLEY, SNYDER, SENFT & COHEN, LLC
126 East King Street
Lancaster, PA 17602-2893
717-299-5201

Dated:  August 17, 2006

## CERTIFICATE OF SERVICE

I, Kevin A. Guerke, Esquire, hereby certify that on August 17, 2006, I caused a copy of the foregoing *Appendix in Support of Motion of Plaintiff Lancaster Composite, Inc.'s Motion for Partial Summary Judgment on Patent Infringement Against W. Scott Hemphill* to be served via U.S. First Class Mail upon the following:

W. Scott Hemphill
517 Riblett Lane
Wilmington, DE 19808

By: /s/ Kevin A. Guerke
_____
Kevin A. Guerke, Esquire (#4096)
kguerke@svglaw.com

55468 v1