| 2 (Truc : Loads) | Shipping (Not Filled) | ███████ | ███████ |
|---|---|---|---|
| 7 (Truc : Loads) | Shipping (Filled) | ███████ | ███████ |
| | | SUBTOTAL | NA |
| | | TAXES | 0.00 |
| | | TOTAL | NA |

1) Quote valid for 45 days.
2) Delivery 4-6 weeks ARO or to meet schedule
3) Shipping Costs to ███████
4) All taxes extra as applicable.

_____                    _____
Hard core Composites Authorized Signature              Date



**Hardcore Composites
Operations LLC**
618 Lambsons Lane
New Castle, Delaware 19720
302-472-0815 Fax 302-472-0816

Quote No.
1318

Project:

To:

Quote prepared by:
Jeff Pote

| QUOTE DATE | F.O.B. POINT | TERMS |
|---|---|---|
| 8/9/04 | New Castle, DE | 20% Down, Net 30 for completed, stored materials |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 3 360-ft | 18-5 FRP Pile | | |
| (84 piles @ 40-ft) | | | |
| 4 | Composite SIP Forms | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | |
| | | TAXES | 0.00 |
| | | TOTAL | |

1) Quote valid for 60 days.
2) All taxes extra as applicable.

_____
Hardcore Composites Authorized Signature

_____
Date

Exh 4



**Hardcore Composites
Operations LLC**
618 Lambsons Lane
New Castle, Delaware 19720

Quote No: 0091504-1

Quote prepared by: Jeff Pote, Hardcore Composites

| QUOTE DATE | F.O.B. | TERMS |
|---|---|---|
| Wednesday, September 15, 2004 | Job Site | T.B.D. |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 4,485 lin.ft. (69 piles @ 65') | 10" OD x 2-ply Hardcore Composite pile with 0.18" thick structural wall. Includes a 12.75" OD x 1.16" thick HDPE (high-density polyethylene) wear sleeve to protect the top portion of the pile from abrasion due to vessel contact. Pile will be filled with concrete prior to shipment to jobsite. HDPE wear sleeve will be shipped separately. Contractor must place HDPE sleeve after pile is driven to the required elevation.<br><br>Quoted pile well exceeds both the bending moment and bending stiffness (EI) of comparable diameter Lancaster Composite pile. Independent laboratory flexural test results from Lehigh University attached. | $26.25 / ft. | $117,731.25 |
| 10 Truckloads | Freight estimate - Extended trailers and escorts required. Pile weight is estimated at 85 lbs/ft OR 5,525 lbs/pile. Seven (7) piles per truckload. | $1,100 / ea. | $11,000.00 |
| | | TOTAL | $128,731.25 |

**NOTES:**

1) Quote valid for 30 days.
2) Sales tax extra as applicable.
3) Availability: To meet construction schedule.

Copy to Scott Hemphill, Hardcore Composites

DEPOSITION
EXHIBIT
#4
10/12/04 BSR

*Thank you for the opportunity to quote this project!*

Exh 5

**SEAWARD**

August 7, 2003

S 03 - 0374

E/ 7827

Tim Linden
Orion Construction
T: (813) 839-8441
F: (813) 831-7498

### Re: Pier 12 San Diego

Thank you for the opportunity to provide the following quotation.

| Product | Reinforcement | Qty. | Length |
|---------|---------------|------|--------|

**FIBERGLASS MARINE FENDER PILES**

HARDCORE COMPOSTIE Fender Piles - Option A

| | | | |
|---|---|---|---|
| 12.75" OD x .027" wall Fiberglass Marine Fender Piles that meet spec requirements, including: vinyl ester resin, triaxial e-glass fabric, inner polyethylene layer, and manufactured using closed resin infusion process. | | 74 each | 60.00 ft |

Total delivered CIF to San Diego, CA:                              $162,350

HARDCORE COMPOSTIE Fender Piles - Option B

| | | | |
|---|---|---|---|
| 12.75" OD x 0.27" wall Fiberglass Marine Fender Piles that do not meet all spec requirements. | | 74 each | 60.00 ft |

Total delivered CIF to San Diego, CA:                              $121,280

The above quoted piles are hollow. Contractor will have to precast with concrete. High Density Polyethylene Pipe Sleeves called for Section 02463, Subsection 2.3.2.1 can be ordered directly from the distributer in California. Please contact P&F Distributors @909-596-6887. We recommend the 16" OD, DR 13.5 (13.63" ID)

Sales tax:     Applicable taxes are not included in the above pricing.
Delivery:      To suit construction schedule.

We look forward to the opportunity to work together with you on this project. Please advise should you have any questions or require additional information.

Yours sincerely,

Bryan Maphis

**TRELLEBORG**

SEAWARD, a division of Trelleborg Engineered Products, Inc., 3470 Martinsburg Pike, P.O. Box 98, Clearbrook, VA 22624, USA
Phone (540) 667-5191  Fax (540) 667-7987  E-Mail mail@seaward.com  Internet www.seaward.com

86

DEPOSITION
EXHIBIT
#5

Exh 6

08/17/2006 11:32 IFAX → Donna ✆008/040

Sep. 15. 2004=1:04PM M:S:LVL SCHNNUN 7175191904 Case 1:04-cv-01414-SLR-A sso Document 85-4 Filed 08/17/2006 No.0425 Page 8 of 40

TO:19733150218

P:1/11



**Date:** 9/15/04

**To:** Bob Schmidt, E.I.C.
Phone: 973-315-0200
Fax: 973-315-0218

**From:** Steve Shannon
Phone: 717-625-3740
Fax: 717-625-3741

**Pages:** 11

**Subject:** Hardcore Composite Fender Pile Quote
South Jersey Port – Piers 1 & 1a

Bob:

Thank you for taking time to talk with me this morning. For your review, I have transmitted the following:

- HC Pile Quote (1 pg.)
- HC Pile Design Guide (4 pgs)
- Lehigh University flexural test report (5 pgs)

As you will see, the delivered price is **$28.70 per lineal foot.** That price includes the required HDPE wear sleeve for abrasion protection. Please note, the flexural properties (bending moment and bending stiffness-EI) of the quoted Hardcore Composite Pile well exceed a comparable sized (O.D.) Lancaster Composite pile.

Thanks again for the opportunity to quote this project. Please call me with any questions.

Best Regards,



88


DEPOSITION
EXHIBIT
#6
10/12/04

Exhibit C

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LANCASTER COMPOSITE, INC.,                    )
                                              )     **ORIGINAL**
                          Plaintiff,          )
                                              )     Civil Action
              vs.                             )     No. 04-1414 SLR
                                              )
HARDCORE COMPOSITES OPERATIONS, LLC,          )
and W. SCOTT HEMPHILL, a Delaware             )
corporation,                                  )
                                              )
                          Defendants          )


                       Deposition of W. SCOTT HEMPHILL,
taken pursuant to notice at the law offices of Seitz,
VanOgtrop & Green, PA, 222 Delaware Avenue, Wilmington,
Delaware, beginning at 10:03 a.m., on Tuesday, June 6, 2006,
before Allen S. Blank, Registered Merit Reporter and Notary
Public.


APPEARANCES:

        GEORGE C. WERNER, ESQUIRE
        BARLEY SNYDER, LLC
        126 East King Street
        Lancaster, PA 17602
              – and –
        SALVATORE ANASTASI, ESQUIRE
        BARLEY SNYDER, LLC
        1000 Westlakes Drive, Suite 275
        Berwyn, PA 19312

             For – Plaintiff

-----------------------------------------------------------

                    ALLEN S. BLANK, RMR
        COURT REPORTER – NOTARY PUBLIC, PA, DE
        90 Mt. Pleasant Road, Paradise, PA 17562
                   (717) 687-8942

WILLIAM SCOTT HEMPHILL

1    APPEARANCES:   CONTINUED

2           W. SCOTT HEMPHILL
            517 Riblett Lane
3           Wilmington, DE 19801

4                Pro Se

5    ALSO PRESENT:

6           ROBERT GREEN

7                          * * * * * *

8                    WILLIAM SCOTT HEMPHILL,

9               the deponent herein, having first been

10              duly sworn on oath, was examined and

11              testified as follows:

12                          EXAMINATION

13   BY MR. WERNER:

14       Q    All right, sir.  Would you please state your full

15   name?

16       A    William Scott Hemphill.

17       Q    Mr. Hemphill, as you know, my name is George

18   Werner.  I'm an attorney and I'm representing Lancaster

19   Composite in a patent infringement action that was brought

20   initially against Hardcore Composites and against you

21   individually.

22              This is a deposition.  And I believe you have some

23   general idea of the purpose and the procedure of a

24   deposition.  But I'll just put a couple of instructions out

25   here to begin with.

1    First, I'm going to be asking you a series of

2  questions. If at any time you haven't heard or don't

3  understand my question, please tell me and I'll repeat it or

4  explain it as necessary. Do you understand that?

5    A    Yes, I do.

6    Q    If at any time during the course of the deposition

7  you wish to take a break, just please tell me that and I'll

8  certainly accommodate that for any reason that you want it,

9  to walk down the hall, to get a breath of fresh air or

10  whatever and I'll certainly accommodate that. Do you

11  understand that?

12    A    Yes.

13    Q    So far, you have been doing a very good job of

14  using words for answers and I'll ask, during the deposition,

15  that you continue to do that as opposed to simply gestures

16  or nods so there is no confusion as to what your answer is

17  about the question. Do you understand that?

18    A    Yes, I do.

19    Q    All right, sir. Could you please give me your

20  current residence address?

21    A    517 Riblett Lane, Wilmington, Delaware 19808.

22    Q    Are you currently employed?

23    A    No.

24    Q    What was your last place of employment?

25    A    Hardcore Composites.

1     Q    And when did your employment there end?

2     A    January. December 2004, January 2005.

3     Q    I want to go back a little bit in time and then

4  we'll work our way forward. I'd like to go back to your

5  educational background. What was the highest grade that you

6  completed as far as formal schooling?

7     A    Bachelor's, college.

8     Q    Let me take you one step back, then. High school.

9  Where did you graduate from high school?

10    A    Concord High School, Wilmington, Delaware.

11    Q    And when did you graduate?

12    A    '81. 1981.

13    Q    Did you go to college the fall semester following

14  your graduation from high school?

15    A    Yes.

16    Q    Where did you attend, at least begin your college

17  studies?

18    A    University of Delaware.

19    Q    Did you graduate from the University of Delaware?

20    A    Yes, I did.

21    Q    When did you graduate?

22    A    1985.

23    Q    And what was your degree in?

24    A    Engineering. Bachelor of engineering.

25    Q    Was it a particular area of engineering, such as

WILLIAM SCOTT HEMPHILL

1    chemical engineering, mechanical engineering, civil

2    engineering?

3         A    Mechanical, structural.

4         Q    Now, what did you do after graduation, either from

5    an educational perspective or an employment perspective?

6    Did you go to work, continue schooling?

7         A    Yeah, I went to work.

8         Q    Where did you go?

9         A    For the first year out of college, I worked for

10    myself just doing some general contracting work.

11         Q    When you say contracting work, was it in the field

12    of mechanical engineering or was it in carpentry, building?

13    What type of work?

14         A    It was in concrete work.

15         Q    All right.  At the end of that year, then, what

16    did you do as far as work or employment?

17         A    Then I started working for a company called Gilman

18    Development Company.

19         Q    What kind of work did they do?

20         A    They were a housing developer.

21         Q    What did you do for them?

22         A    I was their project manager.  I supervised the

23    infrastructure, installation, roads, the sewers.

24         Q    You say housing developer.  Would this be

25    residential development?

1      A      Yeah, residential developments.

2      Q      How long did you remain at Gilman, approximately?

3      A      A couple years.

4      Q      Was that in the general Delaware area?

5      A      Yeah, it was in the Delaware area.

6      Q      What did you do next from a vocational and work

7   standpoint?

8      A      I started working for myself again for a while.

9      .Q      Doing what?

10      A      Heavy concrete work.  Meaning like more

11   commercialized concrete construction.

12      Q      This second time when you were working for

13   yourself, did your business have a name?

14      A      Yeah.  Phoenix Construction Services.

15      Q      And what was your primary place of business or

16   address that you worked out of as Phoenix Construction

17   Services?

18      A      442 Townsend Road, Newark, Delaware.

19      Q      And how long did you do that?

20      A      About two years, I think.

21      Q      Now, you mentioned that it was more.

22   commercialized.  Could you give me an idea of the sorts of

23   products, for lack of a better word, or types of projects

24   you were working on with concrete?

25      A      I was doing more involved.  I was involved in some

1   concrete -- heavy concrete restoration, underpinning,

2   foundation repairs. Some geotechnical stabilization work.

3       Q    All right. Then after your couple of years with

4   Phoenix, what did you do next?

5       A    I went to work for a company called Structural

6   Preservation Systems.

7       Q    Where were they located?

8       A    I was working out of the Hackensack, New Jersey,

9   office. Their corporate headquarters is in Baltimore.

10      Q    What did you do for them?

11      A    I was a project manager.

12      Q    And what kind of work did Structural Preservation

13  Systems do?

14      A    Concrete repair.

15      Q    Were there particular types of structures on which

16  they did repair, bridges, roads, buildings?

17      A    Bridges, parking garages, big buildings, high rise

18  buildings.

19      Q    And how long did you stay with Structural

20  Preservation Systems?

21      A    I worked for them for a year. A little over a

22  year.

23      Q    What did you do next?

24      A    I got hired by a company called Culbertson

25  Restoration.

1        Q       Culbertson?

2        A       Culbert.  C-u-1-b-e-r-t-s-o-n.  Restoration.

3        Q       And where were you based and where were they

4    based?

5        A       Both out of -- they have multiple offices but I

6    was based out of West Chester, Pennsylvania.

7        Q       Your general duties for Culbertson?

8        A       I started out as a project manager and worked my

9    way up to the operations manager.

10       Q       And what kind of work did Culbertson do?

11       A       Same kind of work.

12       Q       Same kind of project, bridges, parking garages,

13   high rise buildings?

14       A       Yeah.  Correct.

15       Q       How long did you remain with Culbertson?

16       A       Almost six years.

17       Q       And what was your next place of employment?

18       A       Hardcore DuPont Composites.

19       Q       Can you give me the year or the approximate year

20   you began with Hardcore DuPont?

21       A       April 1997.

22       Q       And what was your initial position or title with

23   Hardcore DuPont?

24       A       I came in to -- I don't really know exactly what

25   the title was.  I came in to head up the construction

1    products side of their business.

2        Q    And how long did you remain with Hardcore DuPont?

3        A    For the rest of their existence, I guess, if you

4    want to say that.

5        Q    And that was until when?

6        A    That was end of 1998.  Wait a second.  Times get

7    kind of messy.  '98, I think.  I believe.

8        Q    So that would put you at Hardcore for a little

9    over a year, April '97?  About a year, year and a half?

10       A    About a year and a half, I guess.

11       Q    And what was your position and/or duties at the

12   end of that period, '98?

13       A    Same, really.

14       Q    Now, you indicated that, generally, the work that

15   was involved there was the construction products side of

16   Hardcore DuPont.  Were there specific products or specific

17   types of products that you were involved in while you were

18   with Hardcore?

19       A    Yeah.  I was involved in the pilings, the bridges,

20   the fendering systems and other miscellaneous things.

21       Q    What happened at the end of 1998?

22       A    The joint venture between DuPont and Hardcore got

23   dissolved.

24       Q    And did Hardcore go somewhere else then basically?

25       A    Yeah.  The business got split in half.  It's

1    pretty complicated.  But the construction products side of

2    the business got bought by a company called Harris Specialty

3    Chemicals.

4        Q    Harris Specialty Chemicals?

5        A    Yeah, Harris Specialty Chemicals.

6        Q    And is that the side of the company that you went

7    with?

8        A    Yes, it is.

9        Q    Incidentally, going back.  Hardcore DuPont, was

10   that based in Wilmington?

11       A    New Castle, yes.

12       Q    And did you have a title or position when you

13   moved over to Harris Specialty Chemicals?

14       A    Vice-president.

15       Q    And your duties at Harris were what?

16       A    Basically overseeing the whole operation of their

17   division, company, whatever you want to call what we were.

18       Q    And did the area of construction products remain

19   similar to that that you were doing with Hardcore, that is

20   pilings, fendering systems?

21       A    Yes.

22       Q    How long did you remain at Harris or with Harris?

23       A    About five months.  And then Harris got bought by

24   SKW Americas.

25       Q    So to some extent, was that just a name change

1   from your perspective, your job, your duties?

2       A    Yeah.  We were just -- Harris -- we were a

3   division of Harris, Harris got -- or a wholly-owned

4   subsidiary or whatever was it was.  Harris got consumed or

5   bought by SKW Americas.  So nothing really changed.  Just

6   our paychecks looked different.

7       Q    So that was about five months into your time at

8   Harris?

9       A    Correct.

10      Q    So how long, then, did you stay at SKW Americas?

11      A    About a year.

12      Q    Then what happened?

13      A    SKW Americas got bought by Degussa.

14      Q    Did that buyout result in any change in either

15  your title, position, duties or the focus of the work that

16  you were doing?

17      A    No.

18      Q    How long did you continue under the Degussa

19  umbrella?

20      A    Into 2000.  Into 2000.

21      Q    Then what happened?

22      A    Then Degussa decided that they didn't want to have

23  a composite division, company, whatever.  And decided they

24  were going to shut it down or offered it for sale to myself.

25      Q    So at some point, then, you or a combination of

1     people then purchased something from Degussa?

2      A    Correct. Myself and a company called Zoltek.

3      Q    Z-o-l --

4      A    Z-o-l-t-e-k.

5      Q    T-e-k?

6      A    T-e-k.

7      Q    So Hemphill individually and the company, Zoltek,

8     became the shareholders of a new company?

9      A    The new LLC. And that's where Hardcore Composites

10     Operations, LLC, came from.

11      Q    And the year of that was what?

12      A    2000.

13      Q    And where did Hardcore, when it began business,

14     where did it begin business?

15      A    Same place. It never moved.

16      Q    And I'm sure I have it in here. But the location

17     of Hardcore Composites was what?

18      A    618 Lambsons Lane.

19      Q    Now, in 2000 when you began at Hardcore, what was

20     your employment position? I appreciate you were a

21     shareholder in the company. But what was your position in

22     the operation side?

23      A    President.

24      Q    President and chief executive officer?

25      A    Yeah. Whatever. I mean I was in charge of the

1 whole thing.

2 Q From the beginning until the end? From the

3 beginning Hardcore Composite, LLC's, operations?

4 A Correct.

5 Q And that began, you said, sometime in 2000 and

6 continued until December '04, January of '05?

7 A Correct.

8 Q Going back for a moment. You told me about your

9 educational background. You never returned to college and

10 received any type of further degrees such as a master's

11 degree?

12 A No. Just a bachelor's.

13 Q Do you have any type of licenses or certifications

14 in any areas of specialty?

15 A Well, I mean I'm certified in a number of things

16 that may or may not be pertinent I think to what you're

17 looking for.

18 Q First of all, let's start in any type of

19 engineering area. Do you have any type of certification,

20 professional engineering certifications?

21 A I'm an engineer in training. I have never gone

22 and gotten my PE or actually needed it.

23 Q Any other type of certifications in the

24 engineering field?

25 A No.

1   Q    What about certifications in the field that we are

2   interested in here, the composite field, the concrete field?

3       A    Nothing I think that you're looking for.  I mean I

4   have a lot of safety certifications and that sort of thing.

5   But I know what you're looking for.  No.

6       Q    So nothing that would be specific to shall we say

7   the construction of composite products, the installation,

8   construction, manufacture of composite products?

9       A    No.

10      Q    Or to the formulation of concrete or the

11  installation of concrete?

12      A    No, not what you're looking for.

13      Q    Let's change topics just for a minute.

14           As you know, this case is about patent

15  infringement.  You personally, are you the owner of any

16  patents?

17      A    Yeah.  I have three patents.

18      Q    Can you give me the time or the approximate time

19  that these patents were issued?

20      A    2001 to 2004.  Something like that.  Sorry.  I

21  wasn't prepared for that question.

22      Q    And if we could just take these one at a time.

23  Could you tell me just a little bit about what the patents

24  are, what they cover?

25      A    One of them is a patent concerning a composite

WILLIAM SCOTT HEMPHILL

1    product for the composite end or non composite products for

2    the repair of concrete.

3        Q    Okay.

4        A    Another one is a method for manufacturing

5    composites.

6        Q    Okay.

7        A    The third one is a method for manufacturing

8    composites.

9        Q    And you, that is Scott Hemphill individually, are

10   the owner of those three patents?

11       A    Correct.

12       Q    Are you also the inventor of those three patents?

13       A    Yes, I am.

14       Q    Are there any co-inventors?

15       A    One of them -- one of the two --

16       Q    Method?

17       A    Method patents have a co-inventor.

18       Q    And who is the co-inventor?

19       A    There is a -- George Green is one co-inventor.

20   I'm kind of drawing a blank here. I can't actually answer

21   the other ones. There is like two others.

22       Q    Two others on the same patent?

23       A    Yeah. There was three people, three additional

24   people besides myself on the one patent because they helped.

25   They helped me work on it. So I needed to put them down.

1    Q    Have you assigned those patents to anyone?

2    A    They were assigned to Hardcore Composites and then

3    they got assigned back to me.

4    Q    When Hardcore Composites ceased operations?

5    A    No, when it switched ownerships.

6    Q    Maybe I missed that.  At some point, did Hardcore

7    switch ownership?

8    A    When it went from -- you missed a step in there.

9    Q    Okay.  Why don't you help me out?

10    A    You didn't ask the question so I didn't answer it.

11    Q    That's fair enough.  I didn't ask it, you don't

12    have to answer it.

13    A    At a point in time, Zoltek -- I bought Zoltek

14    companies out of Hardcore Composites.

15    Q    And when or approximately when did that occur?

16    A    At the end of 2002, I believe.

17    Q    When you bought Zoltek out, did somebody else come

18    in?

19    A    No.

20    Q    Now, what happened with the assignment of the

21    patents in connection with the Zoltek sale or purchase?

22    A    The patents got reassigned to me, back to me

23    personally.

24    Q    After Zoltek was bought out?

25    A    Yeah.  Correct.

1        Q    Switch topics again.

2            In preparation for today's deposition, did you

3    review any documents?

4        A    Not in the last -- that would be no.

5        Q    Did you meet with anybody to prepare for today's

6    deposition?

7        A    Other than myself, no.

8        Q    Now, we were discussing shortly before we got

9    started here today, in the course of discovery of this

10   matter, you have produced a series of records and documents.

11   And certainly in those documents, there is some reference to

12   the DuPont Hardcore -- is it DuPont Hardcore or Hardcore

13   DuPont?  Let me get the correct terminology.

14       A    We need to clarify this probably for the

15   discussions today.  Hardcore Composites, just for -- just so

16   we are all on the same page.  Hardcore Composites got

17   started back in like '91 or '92.  Okay.  Or actually even

18   before that, I believe.  It might have been in the eighties.

19       Q    Okay.

20       A    And then Hardcore Composites and the DuPont

21   Company came together to make the two, to become Hardcore

22   DuPont Composites.  I believe that was in like '92 or '93 or

23   something like that.

24       Q    And then you joined in '97?

25       A    In '97 now, the name Hardcore Composites floated

1    along.   There was like a trade name from the beginning.   So

2    you need to be clear as to what you're asking about, like

3    time frame-wise today.

4        Q    All right.   Fair enough.

5            Well, let me ask, then.   Before you joined

6    Hardcore Dupont Composites in 1997 --

7        A    Correct.

8        Q    Did you have any type of connection, business

9    relationship, with Hardcore Composites and in any of its

10   iterations?

11       A    Only that I had gone to college with the owner of

12   Hardcore Composites.

13       Q    And who are you referring to?

14       A    George Tunis.

15       Q    So you knew him from college at the University of

16   Delaware?

17       A    Correct.

18       Q    And as you understand it, sometime prior to 1990,

19   Hardcore Composites started business operations under some

20   name before 1990?

21       A    Correct.

22       Q    So from that period, let's just say it was late

23   eighties when it began business operations, did you, Scott

24   Hemphill, have any professional dealings with Hardcore

25   Composites?

1      A    No.

2      Q    We are going to be talking about various products

3    and technologies during the course of the day today.  And

4    I'm hoping to find some sort of terminology that we can

5    agree and that you can work with here.  And I'd like to

6    start with using the term composite tubes or composite

7    tubular piling.  It's a phrase that's later used by Hardcore

8    Composite and I'll show you the document later.  Does that

9    phrase have some meaning to you?  Is it understandable to

10   you?

11     A    Yeah.  But I think we need to clarify it,

12   especially given the issues that are at hand.

13     Q    All right.  Well, what are the different meanings

14   that that term could have, then, if we just use the phrase

15   generically composite tubular piling?

16     A    Well, I guess what we need to clarify or what we

17   need to discuss here, and this is probably the basis of this

18   whole issue, is the difference between a composite tube and

19   a composite tube that's used as a piling.

20     Q    All right.  Let's talk about the difference, then.

21   Is it just a use issue or is it a construction issue that

22   you're concerned about here by using the term composite tube

23   versus a composite tube used as a piling?

24     A    I think there is two issues that surround that.

25   Again, which is I think the basis of why we are here.

1          There is a method, a manufacture issue and then

2     there is a use issue.

3     Q     If we talk about the concept of composite tube for

4     a moment and take out the use issue, there would still be,

5     from your perspective, an issue of method of manufacture,

6     then, if I dropped the reference to piling?

7     A     Correct, yeah.  That is a number of ways to make a

8     composite tube, which would be a tube made out of

9     composites.

10    Q     And a composite tube can be filled.  First of all,

11    it's hollow, the tube itself is hollow?  When we use the

12    phrase composite tube, we are talking about something that

13    has a hollow section?

14    A     Correct.  I think we should define all our terms

15    here.  The tube would be a hollow tube, like a straw or a

16    pipe.

17    Q     Okay.  And when we use the phrase composite tube,

18    are we talking about a device, shall I say, that can be

19    filled, that hollow space can be filled, with some material?

20    A     With something if you want to.  Or it can carry.

21    Or it can be used as a pipe and carry something.

22    Q     Okay.  Does that in any way change the use of the

23    phrase?  I can use composite tube and that would include in

24    the universe of devices or objects in there, hollow tubes in

25    which some material can be added?

1       A      Can you redefine what you just said a little bit?

2       Q      Yeah.  We are eventually going to be talking about

3    composite tubes that are filled with concrete.  We are going

4    to get there at some point today.

5       A      Correct.

6       Q      Okay.  So all I'm saying, when I use the phrase

7    composite tube, would that, as far as you're concerned,

8    include in that universe the types of composite tubes that

9    we are talking about today that have concrete poured into

10   the hollow space?

11      A      Yeah, it could.  I mean that's one use that they

12   could be filled with concrete.

13      Q      Fair enough.  Okay.

14             What I'd like to do is go back to 1997 when you

15   started at Hardcore DuPont.  And really before that.

16             Had you in your various positions that you told me

17   about, that you were employed at, had you used composite

18   tubes filled with concrete in any of the work that you had

19   done before coming to Hardcore DuPont?

20      A      No.  I was aware of them but I had not used them.

21      Q      When you got to Hardcore DuPont, was Hardcore

22   DuPont actually manufacturing some sort of composite tubing

23   in which it was inserting concrete into the interior?

24      A      No.  They were making composite tube.

25      Q      Were they putting anything into the hollow portion

1   of the composite tube?

2       A    They weren't.

3       Q    Was somebody?

4       A    Sometimes yes, sometimes no.

5       Q    Okay.  Who are we talking about that was putting

6   something into the hollow portion of the composite tubes?

7       A    The eventual purchaser of these contractors.

8       Q    The composite tube that was at Hardcore DuPont in

9   1997, was that -- we talked about a method of manufacturing

10  issue.  Were there multiple ways in which it was being

11  manufactured by Hardcore DuPont in '97?

12      A    That's a -- let me clarify your answer.

13           Hardcore DuPont or Hardcore, it's the same,

14  Hardcore DuPont or Hardcore, was in the vacuum assisted

15  resin transfer molding business, which is VARTM for short.

16  V-A-R-T-M, an acronym.  It stands for vacuum assisted resin

17  transfer molding.

18      Q    Okay.

19      A    That's the general methodology that Hardcore

20  practiced.  There is a number of other ways to make it a

21  tube out of composite, which would be filament winding, hand

22  layup, you know, chopper gunning it, protruding it.  There

23  is a whole plethora of ways to make a tube out of

24  composites.  Then even in the VARTM process, there is a

25  whole number of ways to make a tube using VARTM.

1           So there was various ways being done within

2      Hardcore using VARTM at the time. So to clarify your

3      answer.

4           Q    Okay. So Hardcore was using VARTM but there were

5      multiple methods even within the VARTM technology?

6           A    Correct.

7           Q    Now, did you have some specific assignment or

8      involvement with that portion of the business when you got

9      there?

10          A    Well, two parts of it. One was to, my initial job

11     when I first got there was to kind of oversee the

12     construction products. Just to get an overview and start it

13     in a direction towards market. Because none of these

14     products at that time were in the marketplace per se.  It

15     was all still emerging technology.

16          I was hired specifically to build a bridge

17     called Magazine Ditch, which was the first composite

18     bridge to be put in in the country. And it was going to

19     be -- it was a composite bridge with reinforced

20     concrete, post tension beams sitting on composite tubes,

21     pilings, with a cap put on it. I mean it was kind of a

22     cutting edge, you know, government-funded project.

23          Q    So the technology was already there, you were

24     being brought in to actually oversee the installation?

25          A    When you say the technology was already there.

1   They were already producing composite tube and bridge deck

2   by a certain method using VARTM.

3          One of the other tasks that I was assigned with

4   was that that process was not robust, repeatable or

5   economical.

6      Q    The ultimate project, was that going to involve

7   pouring something into this composite tubing?  You said it

8   was going to be sitting on composite tubing.  Was something

9   going to be poured into that composite tubing?

10     A    As part of the -- the piles were driven hollow.

11  And the pile cap on those was tied in to the top of the

12  hollow piles with some concrete.

13     Q    So the cap would have concrete but there wouldn't

14  be concrete poured throughout the entire longitudinal line?

15     A    No.  On that particular project, the piles were

16  driven, you know, hollow right into the ground.  So what was

17  left sticking up out of the ground got rebar into it and

18  concrete to tie the top of the bridge pier into it.  So that

19  basically it would pop off.

20     Q    Now, we talked about composite tubing being used

21  as a piling here, correct?

22     A    Correct.

23     Q    All right.  Was there something unique about

24  either the method of manufacturing or the product itself

25  that takes it to something other than composite tubing?  We

1    were talking earlier, that when we talk about composite

2    tubing, we got issues, both in terms of manufacture and in

3    terms of use?

4         A    Correct.

5         Q    Now, the tubing that was being used in this first

6    project, let's say, was there something unique about it,

7    something different about it that, made it more appropriate

8    for use as a piling?

9         A    Again, what's starting to happen is you're

10   generalizing concepts like engineering concepts, lumping

11   them all together. In a piling situation, there is two

12   distinctly different types of pilings.

13        Q    All right. And they are --

14        A    There is what would best be described and is

15   called a fendering piling, meaning that its use is for a

16   ship to dock up against, like to dock up against it and the

17   pile is meant to absorb some energy. As the ship docks, the

18   piles deflect somewhat or get rubbed up against. So

19   sometimes they are free-standing, sometimes they are up

20   against the side of a dock so that the ship docks against it

21   and the pilings bend and come back. And the act of bending

22   absorbs the docking energy out of the ship instead of the

23   ship smashing into the dock.

24        Q    Okay.

25        A    So that's a fendering kind of a situation.

114

1      Q    Um-hmm.

2      A    Sometimes the pilings might have like a bunch of

3   whalers through and be driven, have a bunch of horizontal

4   either piles or timbers bolted to them to connect them

5   together so a couple will act as a system.  They may have a

6   fender panel bolted to them.  It kind of gets kind of

7   involved.

8           And then you have what would be called a load

9   bearing piling or bearing, a bearing piling.

10     Q    All right.  Now, as far as the composition or

11  construction of the pile itself, is that different when we

12  talk about a fendering, a whaler or load bearing?

13     A    Yeah.  It's going to be distinctly different.  And

14  that was one of the piles that Hardcore was manufacturing

15  were unique in that aspect.

16     Q    Okay.

17     A    And that's where the VARTM process came into play.

18     Q    Because there was a different method of

19  manufacturing the piling depending on its ultimate use if it

20  was going to be fendering for whaling or for load bearing?

21     A    The method of manufacturing was more or less the

22  same.  The art, let's call it the design, the architecture

23  of the pile was distinctly different.

24     Q    Is there a lay version of what the difference is

25  as you move from these three different types of uses for

1    piling?

2        A      The best way I could describe it is that -- I

3    think we might have to back up just a tiny bit and say when

4    we are talking about composite material, the composite

5    materials we were talking about in this whole discussion are

6    basically fiberglass, is basically what the lay person would

7    understand is fiberglass.

8        Q      All right.

9        A      Okay.  Fiberglass comes in basically two different

10   forms.  It comes in these rovings, which are like a piece of

11   string just spooled up on a big reel effectively.

12           And that string is then, in case of the -- it's

13   called the tubes we are discussing.  Either soaked in resin

14   and wrapped around like a form or a mandril to make a tube.

15   So you can picture just wrapping string say around a pencil

16   back and forth and having it kind of like a paste on it or

17   glue on it, it gets hard and you pull the pencil out and you

18   have the tube that's left.

19           So you can either do it like that or they'll take

20   that individual roving and send it to a special machine

21   which chops it into little bitty pieces and mixes it with

22   the resin adhesive and sprays it on the same mandril.

23   That's fiberglass that most people are most familiar with.

24   It's like what an outhouse or bathtub or something looks

25   like when you look at the back side of it.  It's all little

1    chopped up fibers.

2         That chopped up fiber one would be the weakest

3    form of fiberglass composite.  They call it the filament

4    winding is when you're talking in terms of a tube, is

5    probably the next layer, the next level of strength.

6    The problem in filament winding is, if you can imagine

7    you're wrapping the string around a tube and the faster

8    you move like the -- call it the creel back and forth,

9    you can change the angle of the string.  If you move it

10   slowly along it, you're just going to wrap it right next

11   to each other.  If you move it quickly, you're going to

12   get longer.  The angle that the string is making to the

13   longitudinal axis is going to start to change.  But it

14   can only get to about 15 degrees or what happens is

15   like, because of physics and geometry, you're going to

16   get too much slack in the string and it would all ball

17   up.  Because it won't stay wrapped around the thing.  So

18   you can get about 15 degrees or so off, call it off the

19   axis up to about 15 degrees.  And after that, it will

20   just kind of all come unglued or all come apart.

21         The problem with that scenario is that you get

22   a tube, a tube out of the composite, that's very strong

23   in what you would call like the hoop strength, meaning

24   that it doesn't want to go out this way.  But if you can

25   imagine, there is not a lot of strength running

1    longitudinally with the tube.  Because all that you can

2    get is this one string that's wrapping at a certain

3    angle that's not there.

4            So there is strength in terms of being able to

5    completely bend, like bend in half, that drops

6    dramatically.

7            That strength becomes important when you want

8    to have a load type bearing pile because when something

9    gets squished, you have to resist the side force.  It's

10   like if you guys have ever, from a lay person's term, if

11   you have ever got an empty beer can and stand on it and

12   you can stand on the can.  As soon as you dink the side

13   of it, it changes on you.  That's what will happen if

14   you don't have lots of strength longitudinally in the

15   part.  It starts loading and the tiniest little bit of

16   side load and it just collapses.

17       Q    All right.

18       A    Okay.  And that also reduces how, when it's just a

19   free-standing kind of call it a fendering situation, how

20   much load it can take before you just bend it in half.  And

21   it breaks around say a wrapped up, when it's just filament

22   wound.

23           So going to that, what Hardcore at the time was

24   doing was using a VARTM process, which is you take dry

25   fiberglass mat, meaning that there is fiberglass that

1    comes in a fabric form.  It's actually a fabric.  And

2    fabric has been made in a certain way such that there is

3    fibers in the up and down the length of the fabric,

4    there is fibers transverse and then there is fibers that

5    are like call it plus or minus 45 degrees.  So you have

6    this, you know, four directional heavy fabric.

7          And what Hardcore practiced was taking the dry

8    fabric, basically making a mold, putting dry fabrics,

9    layers of this dry fabric in a mold so you had lots of

10   fibers running straight up and down, like continuously

11   the whole length of the tube, putting the tube, sealing

12   up the mold, putting the tube under vacuum, which would

13   evacuate all the air out of it.  And then since nature

14   abhors a vacuum, if you took the resin and put the resin

15   in it, the vacuum would suck the resin through the

16   fabric, saturating the fabric.  And then when it would

17   get hard, it would be a tube.

18          So you would end up with a tube that has

19   uniquely distinctly different properties, physical

20   engineering properties, than a tube made in a different

21   way.

22          Sorry for the long-winded discussion.

23   Q     I appreciate that.

24          All right.  The VARTM method you just talked about

25   here, was Hardcore using that for the manufacture of the

1    pilings, whether they were load-bearing, whether they were

2    fendering or whether they were whalers?

3        A    Correct.  They were using it for the manufacture

4    of tube, of composite tube.

5        Q    All right.  So we, in terms of the time line here,

6    we were talking about your initial project and the bridge

7    that you had been pretty much assigned to be working on.

8    And you're telling us about the various duties that you had

9    as you brought that project to life.  Did that project

10   actually go forward?

11       A    Yeah, it did.

12       Q    The bridge project.  Okay.  All right.

13            What I'd like to do is just explore with you

14   the progression of your duties there and the progression

15   of this product.

16       A    Now, which product are we discussing?

17       Q    Well, I'm talking about specifically the tubing

18   product and how it was taking the different paths, different

19   things were done to it.  So let me just go back to the

20   concept of what you were doing after that bridge project.

21            What was the next major project that you had

22   while you were at DuPont Hardcore?

23       A    In terms of time, I'm going to have to pass on it.

24   We are doing so many different things that I can't

25   chronologically tell you which one was next.  The evolution