August 31, 2006

*Via Hand Delivery*

The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

       RE: Lancaster Composites, Inc. v. Hardcore Composites Operations, LLC.
           C.A. No. : 04-1414 SLR

Dear Judge Robinson

    Pursuant to mediation with Judge Thynge on August 30, 2006, a tentative settlement has been reached in this case. Documents are to be drafted and executed by the end of the day on Friday, September 8, 2006.

Due to the pending settlement of this case, I will not be filling a Response to the Plaintifs Motion for Summary Judgment on September 6th, but will instead focus on execution of the settlement documents. Plaintifs council has agreed to do the same. If for any reason the settlement is not executed, I will notify the Court immediately and file the appropriate responses.

I am available should the Court have any questions.

Thank You,

Scott Hemphill
517 Riblett Lane
Wilmington, De 19808
302-893-2286
hemphill63@aol.com

cc: George Warner, Esq. (via e-mail)