

126 East King Street
Lancaster, PA 17602-2893
Tel 717.299.5201  Fax 717.291.4660
www.barley.com

George C. Werner, Esquire
Direct Dial Number: 717.399.1511
E-mail: gwerner@barley.com

September 19, 2006

*Via Hand Delivery*

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

      Re:   *Lancaster Composite v. Hardcore Composite and Scott Hemphill*
             *Civil Action No. 04-1414 (SLR)*

Dear Judge Robinson:

      I am happy to report to you that the parties have reached a resolution in the above-captioned matter. The resolution includes a consent to entry of permanent injunction against Scott Hemphill. A signed copy of the consent is enclosed. We have also enclosed a proposed order, which tracks the language the parties agreed to in the consent.

      Separately, in January, 2005, Your Honor entered a default judgment against the corporate defendant, Hardcore Composites Operations, LLC. In light of the default judgment, we are requesting that the Court enter a permanent injunction against Hardcore, parallel to the injunction being entered against Mr. Hemphill. A proposed order for this entry for permanent injunction is also enclosed.

      Thank you for your attention to this matter. If the Court has any questions, the parties will make themselves available at your convenience.

Sincerely yours,

George C. Werner

Kevin A. Guerke, Esq. (Bar No. 4096)
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE  19899
(302) 888-0600
kguerke@svglaw.com

GCW/taw:1711228.1
Enclosures

cc:   W. Scott Hemphill *(via e-mail)*
      The Hon. Mary Pat Thynge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>HARDCORE COMPOSITES OPERATIONS, LLC<br>and W. SCOTT HEMPHILL,<br>　　　　Defendants. | Civil Action No. 04-1414 SLR |

## CONSENT TO ENTRY OF PERMANENT INJUNCTION

W. Scott Hemphill, *pro se,* hereby consents to the entry of a permanent injunction against him, enjoining him from making, having made, using, selling, offering for sale, or importing a structure covered by any of the claims of U.S. Patent No. 5,800,889 or U.S. Patent No. 6,048,594. Furthermore, Hemphill agrees to the entry of a permanent injunction against him, enjoining him from contributorily infringing or inducing infringement of any of the claims of the '889 or '594 Patents by making, having made, using, selling, offering for sale or importing a structure which he knows or should know will be used to produce a structure infringing any of the claims of the '889 or '594 Patent.

Dated: 9/18/06

By: _____
W. Scott Hemphill, *pro se*

Dated: 9-15-06

BARLEY SNYDER LLC

By: _____
George C. Werner, Esquire
Court ID No. 28757
Attorneys for Plaintiff
Lancaster Composite, Inc.
126 East King Street
Lancaster, PA 17602-2893
717-299-5201

9/15/2006/GCW/1703059.3