IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC.,<br>        Plaintiff,<br><br>v.<br><br>HARDCORE COMPOSITES OPERATIONS, LLC<br>and W. SCOTT HEMPHILL,<br>        Defendants. | Civil Action No. 04-1414 SLR |

## ORDER

At Wilmington, this _____ day of September, 2006,

IT IS ORDERED that W. Scott Hemphill is enjoined from making, having made, using, selling, offering for sale, or importing a structure covered by any of the claims of U.S. Patent No. 5,800,889 or U.S. Patent No. 6,048,594.

IT IS FURTHER ORDERED that W. Scott Hemphill is enjoined from contributorily infringing or inducing infringement of any of the claims of the '889 or '594 Patents by making, having made, using, selling, offering for sale or importing a structure which he knows or should know will be used to produce a structure infringing any of the claims of the '889 or '594 Patent.

                                                            _____
                                                            Sue L. Robinson
                                                            United States District Judge

9/19/2006/GCW/1707301.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC.,<br>Plaintiff,<br><br>v.<br><br>HARDCORE COMPOSITES OPERATIONS, LLC<br>and W. SCOTT HEMPHILL,<br>Defendants. | Civil Action No. 04-1414 SLR |

## ORDER

At Wilmington, this _____ day of September, 2006,

IT IS ORDERED that Hardcore Composites Operations, LLC is enjoined from making, having made, using, selling, offering for sale, or importing a structure covered by any of the claims of U.S. Patent No. 5,800,889 or U.S. Patent No. 6,048,594.

IT IS FURTHER ORDERED that Hardcore Composites Operations, LLC is enjoined from contributorily infringing or inducing infringement of any of the claims of the '889 or '594 Patents by making, having made, using, selling, offering for sale or importing a structure which it knows or should know will be used to produce a structure infringing any of the claims of the '889 or '594 Patent.

_____
Sue L. Robinson
United States District Judge

9/19/2006/GCW/1707301.1