IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LANCASTER COMPOSITE, INC.,
    Plaintiff,

v.

HARDCORE COMPOSITES OPERATIONS, LLC
and W. SCOTT HEMPHILL,
    Defendants.

Civil Action No. 04-1414 SLR

## ORDER

At Wilmington, this ___ day of September, 2006,

IT IS ORDERED that W. Scott Hemphill is enjoined from making, having made, using, selling, offering for sale, or importing a structure covered by any of the claims of U.S. Patent No. 5,800,889 or U.S. Patent No. 6,048,594.

IT IS FURTHER ORDERED that W. Scott Hemphill is enjoined from contributorily infringing or inducing infringement of any of the claims of the '889 or '594 Patents by making, having made, using, selling, offering for sale or importing a structure which he knows or should know will be used to produce a structure infringing any of the claims of the '889 or '594 Patent.

_____
Sue L. Robinson
United States District Judge

9/19/2006/GCW/1707301.1