IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LANCASTER COMPOSITE, INC.,
          Plaintiff,

                                         Civil Action No. 04-1414 SLR

     v.

HARDCORE COMPOSITES OPERATIONS, LLC
and W. SCOTT HEMPHILL,
          Defendants.

## ORDER

At Wilmington, this ⸃⁄ᵗʰ day of September, 2006,

IT IS ORDERED that Hardcore Composites Operations, LLC is enjoined from making,

having made, using, selling, offering for sale, or importing a structure covered by any of the

claims of U.S. Patent No. 5,800,889 or U.S. Patent No. 6,048,594.

IT IS FURTHER ORDERED that Hardcore Composites Operations, LLC is enjoined

from contributorily infringing or inducing infringement of any of the claims of the '889 or '594

Patents by making, having made, using, selling, offering for sale or importing a structure which

it knows or should know will be used to produce a structure infringing any of the claims of the

'889 or '594 Patent.

                                                 _____
                                                 Sue L. Robinson
                                                 United States District Judge

9/19/2006/GCW/1707301.1