IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCASTER COMPOSITE, INC., | |
| Plaintiff, | Civil Action No. 04-1414 SLR |
| v. | |
| HARDCORE COMPOSITES OPERATIONS, LLC and W. SCOTT HEMPHILL, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

*IT IS HEREBY STIPULATED AND AGREED*, this 8th day of February , 2007, by and between the undersigned, that pursuant to F.R.C.P. 41(a), this action is dismissed with prejudice, with each party responsible for its or his own costs.

SEITZ, VAN OGTROP & GREEN, P.A.


_____

GEORGE H. SEITZ, III
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899-0068
(302) 888-0600
*Attorneys for Plaintiff*

_____

W. SCOTT HEMPHILL
517 Riblett Lane
Wilmington, DE  19808
*Pro Se Defendant*

57582 v1